IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
------------------------------------------------------  :
                                                        : CASE NO.  1:12 CV 01633
    LINDA C. TURKOVICH,                                 :
                                                        :
                                      Plaintiff,        : ORDER ADOPTING THE
                                                        : MAGISTRATE JUDGE'S REPORT AND
              -vs-                                      : RECOMMENDATION AND AFFIRMING
                                                        : THE COMMISSIONER'S DECISION
                                                        :
    COMMISSIONER OF SOCIAL                              :
    SECURITY,                                           :
                                                        :
                                      Defendant.
------------------------------------------------------
```

UNITED STATES DISTRICT JUDGE LESLEY WELLS

On 22 June 2012, Plaintiff Linda C. Turkovich filed a complaint challenging the Commissioner of Social Security's final decision denying her claim for Supplemental Security Income. This matter was automatically referred to United States Magistrate Judge Kenneth S. McHargh pursuant to Local Civil Rule 72.2(b).  In a Report and Recommendation ("R&R") dated 28 October 2013, the Magistrate Judge recommended that the decision of the Commissioner be affirmed. (Doc. 22). The parties were advised that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of having been served with a copy of the R&R.

Pursuant to 28 U.S.C. § 636(b)(1), this Court makes a de novo determination of those portions of the R&R to which a timely objection is made. In this instance, there are

no timely objections. Therefore, the Court accepts Magistrate Judge McHargh's recommendation and affirms the Commissioner's decision.

IT IS SO ORDERED.

                                                                           /s/ Lesley Wells
                                              UNITED STATES DISTRICT JUDGE

Date: 2 January 2014